Seth Ptasiewicz, Esq. (SP-8875)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120
*Attorneys for Defendant Zimmer US, Inc.*

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE

| | |
|---|---|
| MARIO EVANGELIST, | Civil Action No. 18-CV-1255 (JHR) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO AMEND CAPTION** |
| ZIMMER BIOMET ORTHOPEDICS and JOHN DOES 1-5 AND 6-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the above-captioned case shall be amended by correcting the name of Defendant Zimmer Biomet Orthopedics wherever it appears throughout the record of the case. The new caption shall be as follows:

MARIO EVANGELIST, Plaintiff,

v.

ZIMMER US, INC. and JOHN DOES 1-5 AND 6 – 10, Defendants.

It is now further stipulated and agreed as follows:

1. Any service in the matter which was effected upon Zimmer Biomet Orthopedics shall be deemed to have been service upon Zimmer US, Inc.
2. The Answer filed by Zimmer Biomet Orthopedics shall be deemed to have been filed and adopted by Zimmer US, Inc.

Stipulated and Agreed to:

**COSTELLO & MAINS, LLC**
*Attorneys for Plaintiff Mario Evangelist*

DATED: April 9, 2018     By:     */s/ Daniel T. Silverman*
                                  Daniel T. Silverman, Esq.


**KROLL HEINEMAN CARTON, LLC**
*Attorneys for Defendant Zimmer US, Inc.*

DATED: April 9, 2018     By:     */s/ Seth Ptasiewicz*
                                  Seth Ptasiewicz, Esq.

**SO ORDERED:**

HON. JOSEPH H. RODRIGUEZ, U.S.D.J.

On this 18th day of ~~April~~ September 2018