

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. ▶
Michael T. Carton ■
Bradley M. Parsons
Seth Ptasiewicz ▶
Jennifer Chang ▲
Amy E. Spekhardt ▲

A New Jersey Limited Liability Company

www.krollfirm.com

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar
▶ NJ, NY & PA Bar

February 11, 2019

**Via Electronic Case Filing**
Honorable Joseph A. Rodriguez, U.S.D.J.
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: **Mario Evangelist v. Zimmer, U.S., Inc., et al**
**Civil Action No.: 18-cv-1255 (JHR)**

Dear Magistrate Judge Schneider:

As Your Honor may recall, this Firm represents Defendant Zimmer U.S., Inc. ("Zimmer") with reference to this matter. Daniel T. Silverman, Esq. of the law firm of Costello & Mains, LLC represents the Plaintiff Mario Evangelist.

Enclosed please find a Proposed Stipulation and Order of Dismissal with Prejudice and Without Costs or Attorneys' Fees Assessed Against Any Party, executed by counsel for all parties.

If same meets with Your Honor's approval would you kindly So Order same and file with the Clerk of the Court.

Should Your Honor have any questions or concerns, please do not hesitate to contact me at (732) 491-2100. On behalf of the parties, I thank Your Honor, in advance, for your anticipated courtesies and cooperation in this matter.

Respectfully submitted,

Seth Ptasiewicz

SP:PS
Enclosure
cc: Daniel T. Silverman, Esq. (via electronic case filing)(with enclosure)
    Dona M. Ruest (via email)(with enclosure)
    Jennifer Chang, Esq. (via email)(with enclosure)

**KROLL HEINEMAN CARTON LLC**
**SETH PTASIEWICZ, ESQ. (SP8875)**
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100 Fax: (732) 491-2120
Attorneys for Defendant Zimmer Biomet

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARIO EVANGELIST, | Civil Action No. 18-CV-1255 (JHR) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| ZIMMER US, INC and JOHN DOES 1-5 AND 6-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Mario Evangelist, through his attorneys Costello & Mains, LLC (Daniel T. Silverman, Of Counsel) and Defendant Zimmer US, Inc., through its attorneys Kroll Heineman Carton LLC (Seth Ptasiewicz, Of Counsel) that the above-captioned matter is dismissed with prejudice and without attorneys' fees and costs assessed against any party.

SO ORDERED:

_____
HONORABLE JOSEPH H. RODRIGUEZ, U.S.D.J.

Dated:

We hereby Consent to the form and Entry of this Stipulation and Order:

_____
Daniel T. Silverman, Esq.
Costello & Mains, LLC

Dated: 1/14/19

_____
Seth Ptasiewicz, Esq.
Kroll Heineman Carton LLC
Attorneys for Defendant

Dated: 2/11/13